[No. 5247–1.   Division One.   April 24, 1978.]

SNOHOMISH COUNTY, *Respondent,* v. SNOHOMISH COUNTY BOARD OF ADJUSTMENT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 136829, Dennis J. Britt, J., entered December 3, 1976. *Dismissed* by unpublished per curiam opinion.

[No. 5444–1.   Division One.   April 24, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY RAY BAILEY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9365, Byron L. Swedberg, J., entered January 26, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 2773–2.   Division Two.   April 24, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. GINO LITTLETON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 50301, Thomas A Swayze, Jr., J., entered February 8, 1977. *Dismissed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Soule, JJ.